02-12-118-CR








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-12-00118-CR

 

 




 
 
 Michael Clay Harlamert
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 




 

 

----------

FROM THE 432nd
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

Appellant
Michael Clay Harlamert attempts to appeal from his conviction for possession of
less than one gram of methamphetamine.  Harlamert pleaded guilty pursuant to a
plea bargain, and in accordance with the plea bargain, the trial court
sentenced him to ten months’ confinement in state jail.  The trial court’s
certification of his right to appeal states that this case “is a plea-bargain
case, and the defendant has NO right of appeal.”  See Tex. R. App. P.
25.2(a)(2).   Additionally, Harlamert signed a waiver of his right to appeal.

On
March 19, 2012, we notified Harlamert that this appeal may be dismissed based
on the trial court’s certification unless he or any party desiring to continue
the appeal filed a response on or before March 29, 2012, showing grounds for
continuing the appeal.  See Tex. R. App. P. 25.2(d), 43.2(f).  We
received no response.

In
accordance with the trial court’s certification, we therefore dismiss this
appeal.  See Tex. R. App. P. 25.2(d), 43.2(f).

 

 

 

PER CURIAM

 

PANEL: 
WALKER,
MCCOY, and MEIER, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  May 17, 2012








 









[1]See Tex. R. App. P. 47.4.